Date: 02/10/10

**DIVIDENDS REMITTED TO THE COURT**

Case Number 08-35726 - LE, TRANG THI THU

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090<br>0181 | 000005 | 1,232.92 | 3.91 |
| ---------- Remittance Total ---------- | | 1,232.92 | 3.91 |

CHARLES W. RIES, Trustee